# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00142-CV

**Richard Coakley, Appellant**

**v.**

**Mari Coakley, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-FM-09-005199, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Richard Coakley filed his notice of appeal on February 27, 2013. Appellant requested and received four extensions of time to file his brief. On April 7, 2014, we ordered appellant to file his brief by April 17, 2014, and informed him that this appeal was subject to dismissal for want of prosecution if he did not file the brief by that date. Appellant has failed to file his brief. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   May 8, 2014